UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ILENE SIEMER, et al.,

    INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
    SIMILARLY SITUATED,

            Plaintiffs,                          Case No. 07-CV-2170

vs.

THE QUIZNO'S FRANCHISE COMPANY LLC F/K/A THE
QUIZNO'S CORPORATION, et al.,

            Defendants.

## PLAINTIFFS' MOTION FOR PRELIMINARY
## APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that on Friday, November 20, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard, plaintiffs, by their attorneys Joseph S. Goode and Mark M. Leitner of Kravit, Hovel & Krawczyk S.C. and Justin M. Klein of Marks & Klein LLP, shall appear before the Honorable Rebecca Pallmeyer in Courtroom 2119 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and move this Court pursuant to Fed. R. Civ. P. 23 for an order preliminarily approving a class action settlement in this case, conditionally certifying settlement classes, appointing plaintiffs as Class Representatives and their above-referenced counsel as Class Counsel, approving the notice and claims process, and scheduling a Final Fairness Hearing.

The reasons and grounds for this motion are set forth in the accompanying brief, in the Settlement Agreement attached thereto and upon the record of this case.

Defendants' counsel has authorized plaintiffs' counsel to state that defendants do not oppose the relief sought in this motion.

Dated this 18th day of November, 2009.

KRAVIT HOVEL & KRAWCZYK S.C.

*s/ Mark M. Leitner*
Stephen E. Kravit, Esq.
Joseph S. Goode, Esq.
Mark M. Leitner, Esq.
825 North Jefferson Street
Milwaukee, Wisconsin 53202
Telephone: (414) 271-7100
Facsimile: (414) 271-8135
*Attorneys for Plaintiffs*

*s/ Justin M. Klein*
Gerald A. Marks, Esq.
Justin M. Klein, Esq.
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Telephone: (732) 747-7100
Facsimile: (732) 219-0625

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

justin@marksklein.com

Jerry@marksklein.com

lmacphee@perkinscoie.com

goode@kravitlaw.com

andrew.bleiman@chengcohen.com

fredric.cohen@chengcohen.com

*s/ Mark M. Leitner*
Mark M. Leitner, Esq.
Kravit, Hovel & Krawczyk, S.C.
825 North Jefferson Street
Milwaukee, Wisconsin 53202
Telephone: (414) 271-7100
Facsimile: (414) 271-8135

3