# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2170 | **DATE** | 3/2/2010 |
| **CASE TITLE** | Ilene Siemer, et al vs. The Quizno's Franchise Company LLC, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Motion for leave to intervene [156] and objections to class action settlement entered and continued. Reply to be submitted by or on 3/16/2010. Ruling to be made by mail.

Notices mailed by Judicial staff.

00:14

| | Courtroom Deputy Initials: | ETV |
|---|---|---|